1   Kelly Dove, Esq.
    Nevada Bar No. 10569
2   Kiah D. Beverly-Graham, Esq.
    Nevada Bar No. 11916
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Pkwy, #1100
4   Las Vegas, Nevada 89169
    Telephone: 702-784-5200
5   Facsimile: 702-784-5252
6   Email: kdove@swlaw.com
            kbeverly@swlaw.com
7

8   *Attorneys for Defendant Wells Fargo Bank, N.A.*
    *(incorrectly named as Wells Fargo Home Mortgage)*

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12

| | |
|---|---|
| 13  RODNEY W. BALDWIN, | Case No.: 2:18-cv-01361-APG-CWH |
| 14              Plaintiff, | **STIPULATION AND ORDER TO** |
| | **EXTEND DEADLINE TO RESPOND TO** |
| 15  vs. | **COMPLAINT TO SEPTEMBER 25, 2018** |
| 16  EQUIFAX INFORMATION SERVICES, LLC | **(FIRST REQUEST)** |
|     WELLS FARGO HOME MORTGAGE, | |
| 17              Defendants. | |
| 18 | |

19          Pursuant to Local Rule 7-1, Plaintiff Rodney W. Baldwin ("Plaintiff") and Defendant

20  Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage ("Wells Fargo", and

21  together with Plaintiff, the "Parties"), by and through their respective undersigned counsel of

22  record, submit this Stipulation and Proposed Order.

23          Plaintiff filed a Complaint (the "Complaint") in this Court on July 24, 2018;

24          Wells Fargo was served with the Complaint on August 2, 2018;

25          Wells Fargo's deadline to respond to the Complaint is currently August 23, 2018; and

26          This is the Parties' first request for an extension of time to respond to the Complaint and is

27  not intended to cause any delay or prejudice to any party. The reason for the extension is to give

28  Wells Fargo time to evaluate and respond to the allegations set forth in the Complaint.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702/784-5200

1    IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time

2    for Wells Fargo to respond to the Complaint in this action is extended to and through September

3    25, 2018.

4    Dated:  August 9, 2018.                          Dated:  August 9, 2018.

5    **HAINES & KRIEGER, LLC**                    **SNELL & WILMER L.L.P.**

6

7    By: */s/ David H. Krieger*_____           By:  */s/ Kiah D. Beverly-Graham*_____
         David H. Krieger, Esq.                          Kelly Dove, Esq.
8        8985 S. Eastern Ave., Suite 350                 Kiah D. Beverly-Graham, Esq.
         Henderson, NV 89123                             3883 Howard Hughes Pkwy, Ste 1100
9        *Attorneys for Plaintiff*                       Las Vegas, Nevada  89169
         *Rodney W. Baldwin*                             *Attorneys for Defendant Wells Fargo Home*
10                                                       *Mortgage*

11

12

13

14

15

16

17                                                  **ORDER**

18                                          IT IS SO ORDERED:

19

20   _____
                                            UNITED STATES MAGISTRATE JUDGE
21

22                                          DATED: ____August 16, 2018_____

23

24

25

26

27

28

4846-6892-1455                                      - 2 -